

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00564-CV

Juan **GARZA,**
Appellant

v.

**GRUPO COMERCIO MUNDIAL,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVF000590D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 19, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court